Exhibit B to the Original Complaint.

**U.S. Patent No. US 9,959,530 v. Bevi Corp.**
**Claims 1, 6, 9, 14, 19.**

Exhibit B to the Original Complaint.

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A method for controlling dispensing of a product from an automated dispenser, executed at a mobile computing device, comprising: | Bevi ("Company") performs and/or induces others to perform a method for controlling dispensing of a product from an automated dispenser, executed at a mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides dispensers such as The Countertop ("automated dispenser"), which further comprises a feature of touchless dispensing, where a user with his phone ("mobile computing device") scans a QR code displayed on the Bevi touchscreen. After scanning, a web page is displayed on the phone's screen where the user selects a drink ("product") to be dispensed.<br><br><br><br>Source: https://bevi.co/-dispensers/touchless-dispensing/ |

Exhibit B to the Original Complaint.



automated dispenser

Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit B to the Original Complaint.

| [1.1] reading an identifier associated with the automated dispenser; | Company performs and/or induces others to perform a method of reading an identifier associated with the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user with his mobile phone scans ("reading") the QR code ("identifier") displayed on the Bevi touchscreen.<br><br><br><br>Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated) |
|---|---|

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.2] responsive to reading the identifier associated with the automated dispenser, generating a request to activate the automated dispenser to dispense the product, the | Company performs and/or induces others to perform a method of generating a request to activate the automated dispenser to dispense the product responsive to reading the identifier associated with the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the QR code is scanned ("responsive to reading the identifier"), the process of scanning directs the user to the web page displayed on the phone's screen where the user selects the drink to be dispensed. Once the selection is made, the product is successfully dispensed. Therefore, upon information and belief, the request is generated to activate the automated dispenser to dispense the product. |

Exhibit B to the Original Complaint.

| | |
|---|---|
| request comprising: |  Source: https://bevi.co/-dispensers/touchless-dispensing/ <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] identification data based on the identifier associated with the automated dispenser; and | Company performs and/or induces others to perform a method of generating a request comprising identification data based on the identifier associated with the automated dispenser. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after the QR code is scanned, the process of scanning directs the user to the web page which resembles the interface that is displayed on the Bevi touchscreen. Therefore, it would be apparent to a person having ordinary skill in the art that when the request is generated to activate the automated dispenser, it comprises the identification data based on the identifier associated with the automated dispenser. |

Exhibit B to the Original Complaint.



identifier associated with an automated dispenser

Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.4] an identifier of the product; and | Company performs and/or induces others to perform a method of generating a request comprising an identifier of the product. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the process of scanning is done, the user is directed to the web page displayed on the phone's screen, where he selects the drink ("product") to be dispensed. Once the selection is made, the product is successfully dispensed. Therefore, it would be apparent to a person having ordinary skill in the art, that when the request is generated to activate the automated dispenser, it comprises the identifier of the product such as the drink, to be dispensed. |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.5] transmitting the request to the automated dispenser based upon first user input to the mobile computing device, the request configured to trigger the | Company performs and/or induces others to perform a method of transmitting the request to the automated dispenser based upon first user input to the mobile computing device, the request configured to trigger the automated dispenser to dispense the product in response to authorizing the request, wherein the automated dispenser authorizes the request without requiring user input to the mobile computing device additional to the first user input.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection ("first user input") of drink ("product") is made by the user, the drink is successfully dispensed ("to trigger the automated dispenser to dispense the product") without giving any further input ("user input to the mobile computing device additional to the first user input.") from the user to the phone. Therefore, upon information and belief, the automated dispenser authorizes the request without requiring user input to the phone in addition to the first user input. |
|---|---|

Exhibit B to the Original Complaint.

automated dispenser to dispense the product in response to authorizing the request, wherein the automated dispenser authorizes the request without requiring user input to the mobile computing device additional to the first user input.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

Source: https://bevi.co/support/frequently-asked-questions/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5.P]   The method  of claim   1, wherein reading   the identifier comprises | Company performs and/or induces others to perform a method of reading the identifier that comprises scanning an optical code.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, to facilitate product dispensing, the user with his phone scans ("reading the identifier") the QR code ("optical code") displayed on the Bevi touchscreen. |
| --- | --- |

Exhibit B to the Original Complaint.

| | |
|---|---|
| scanning an optical code. | <br><br>Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [6.P] The method of claim 5, wherein the optical code is a QR code. | Company performs and/or induces others to perform a method of scanning the optical code wherein the optical code is the QR code.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user with his phone scans the QR code ("optical code") displayed on the Bevi touchscreen. |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [9.P] A mobile computing device, comprising: | Company makes, uses, sells and/or offers to sell a system comprising a mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides dispensers such as The Countertop, which further comprises a feature of touchless dispensing, where, the user with his phone ("mobile computing device") scans the unique QR code displayed on the Bevi touchscreen. |
|---|---|

Exhibit B to the Original Complaint.



Exhibit B to the Original Complaint.

| | |
|---|---|
| | Source: https://bevi.co/support/frequently-asked-questions/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9.1]    a processor; and | Company makes, uses, sells and/or offers to sell a system comprising a processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user with his phone's camera or a QR reader app scans the unique QR code displayed on the Bevi touchscreen. Since, the camera and QR reader app are running and processed on the phone, it would be apparent to the person having ordinary skill in the art, that the phone comprises a processor.<br><br><br><br>Source: https://bevi.co/-dispensers/touchless-dispensing/ |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

**Can I use this feature with devices other than a phone, such as a tablet?**

Yes, as long as you can scan the QR code and have the internet access on the device. However, we recommend using a smartphone for the best user experience.

Source: https://bevi.co/support/frequently-asked-questions/

Exhibit B to the Original Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9.2] memory, the memory comprising instructions that, when executed by the processor, cause the processor to perform acts comprising: | Company makes, uses, sells and/or offers to sell a system comprising a memory, the memory comprising instructions that, when executed by the processor, cause the processor to perform acts.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user with his phone's camera or a QR reader app scans the unique QR code displayed on the Bevi touchscreen. Since, the camera and QR reader app are running and stored in the phone, it would be apparent to the person having ordinary skill in the art, that the phone comprises a memory that further comprises instructions that cause the processor to perform functions to dispense the products.<br><br><br><br>Source: https://bevi.co/-dispensers/touchless-dispensing/ |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

**Can I use this feature with devices other than a phone, such as a tablet?**

Yes, as long as you can scan the QR code and have the internet access on the device. However, we recommend using a smartphone for the best user experience.

Source: https://bevi.co/support/frequently-asked-questions/

Exhibit B to the Original Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9.3] receiving an identifier, the identifier identifying an automated dispenser; | Company performs and/or induces others to perform a method of receiving an identifier, the identifier identifying an automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the QR code scanned ("receiving an identifier") by the user's phone is unique to the dispenser ("the identifier identifying an automated dispenser"), that is displayed on the Bevi touchscreen.<br><br><br><br>Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated) |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit B to the Original Complaint.

| | |
|---|---|
| [9.4] responsive to receiving the identifier identifying the automated dispenser, creating an activation request to activate the automated dispenser to cause dispensing of a product, the activation request comprising identification data based on the identifier identifying the automated dispenser and an identifier of the product; and | Company performs and/or induces others to perform a method of creating an activation request to activate the automated dispenser to cause dispensing of a product, responsive to receiving the identifier identifying the automated dispenser, the activation request comprising identification data based on the identifier identifying the automated dispenser and an identifier of the product.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the QR code is scanned ("responsive to receiving the identifier"), the process of scanning directs the user to the web page which resembles the interface that is displayed on the Bevi touchscreen, where the user selects the drink to be dispensed. Once the selection is made, the product is successfully dispensed ("creating an activation request to activate the automated dispenser to cause dispensing of a product"). Therefore, it would be apparent to a person having ordinary skill in the art that the request comprises the identification data of the automated dispenser based on the scanned QR code and an identifier of the product to be dispensed.<br><br> |

Exhibit B to the Original Complaint.

Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit B to the Original Complaint.

| | |
|---|---|
| [9.5] transmitting the activation request to the automated dispenser based upon first user input to the mobile computing device, the activation request configured to cause the automated dispenser to trigger dispensing of the product when the automated dispenser determines that the activation request is authorized, the automated dispenser | Company performs and/or induces others to perform a method of transmitting the activation request to the automated dispenser based upon first user input to the mobile computing device, the activation request configured to cause the automated dispenser to trigger dispensing of the product when the automated dispenser determines that the activation request is authorized, the automated dispenser determines that the activation request is authorized without requiring second user input to the mobile computing device additional to the first user input.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection ("first user input") of drink ("product") is made by the user, the drink is successfully dispensed ("to cause the automated dispenser to trigger dispensing of the product") without requiring any further input ("second user input") from the user to the phone. Therefore, upon information and belief, the dispenser determines the authorization of the request to dispense the drink.<br><br><br><br>first user input |

Exhibit B to the Original Complaint.

| | |
|---|---|
| determines that the activation request is authorized without requiring second user input to the mobile computing device additional to the first user input. | Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)<br><br><br><br>Source: https://bevi.co/-dispensers/touchless-dispensing/<br><br>Source: https://bevi.co/support/frequently-asked-questions/ |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [14.P] A method executed at a mobile | Company performs and/or induces others to perform a method executed at a mobile computing device. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit B to the Original Complaint.

| computing device, the method comprising | For example, Company provides dispensers such as The Countertop, which further comprises a feature of touchless dispensing, where, a user with his phone ("mobile computing device") scans a QR code displayed on the Bevi touchscreen.  Source: https://bevi.co/-dispensers/touchless-dispensing/ |
| --- | --- |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [14.1] scanning an identifier associated | Company performs and/or induces others to perform a method of scanning an identifier associated with an automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

Exhibit B to the Original Complaint.

| with an automated dispenser; and | For example, to facilitate product dispensing, the user with his phone scans the QR code ("identifier") displayed on the Bevi touchscreen ("automated dispenser"). <br><br>  <br><br> Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated) |
| --- | --- |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [14.2] transmitting a request to the automated dispenser based upon first user input to the mobile computing device, the request comprising | Company performs and/or induces others to perform a method of transmitting a request to the automated dispenser based upon first user input to the mobile computing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the QR code is scanned, the process of scanning directs the user to the web page displayed on the phone's screen where the user selects the drink ("first user input") to be dispensed. Once the selection is made, the product is successfully dispensed. Therefore, upon information and belief, a request is transmitted to the automated dispenser to dispense the drink. |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [14.3] identification data that identifies the automated dispenser, the identification data generated by the mobile computing device responsive to scanning the | Company performs and/or induces others to perform a method of transmitting the request where the request comprises identification data that identifies the automated dispenser, the identification data generated by the mobile computing device responsive to scanning the identifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user with his phone scans the unique QR code ("identifier") displayed on the Bevi touchscreen, the scanned QR code directs the user to the web page that resembles the interface that is displayed on the Bevi touchscreen. Therefore, it would be apparent to a person having ordinary skill in the art that the phone generates the identification data related to the automated dispenser after scanning the QR code. |

Exhibit B to the Original Complaint.

| identifier; and |  |
|---|---|
| | Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated) |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit B to the Original Complaint.

| | |
|---|---|
| [14.4] an indication of a product to be dispensed by the automated dispenser | Company performs and/or induces others to perform a method of transmitting the request where the request comprises an indication of a product to be dispensed by the automated dispenser.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after scanning the QR code, the user selects the choice of drink on the page displayed on the phone to be dispensed ("indication of a product to be dispensed").<br><br><br><br>Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated) |

Exhibit B to the Original Complaint.



indication of product to be dispensed

Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [14.5] wherein the request is configured to cause the automated dispenser to dispense the product, dispensing of the product triggered by the automated dispenser | Company performs and/or induces others to perform a method wherein the request is configured to cause the automated dispenser to dispense the product, dispensing of the product triggered by the automated dispenser determining that the request is authorized, wherein the automated dispenser determines that the request is authorized without requiring second user input to the mobile computing device additional to the first user input.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection ("first user input") of drink ("product") is made by the user, the drink is successfully dispensed ("to cause the automated dispenser to dispense the product") without giving any further input ("second user input") from the user to the phone. Therefore, upon information and belief, the dispenser determines the authorization of the request to dispense the drink. |

Exhibit B to the Original Complaint.

| | |
|---|---|
| determining that the request is authorized, wherein the automated dispenser determines that the request is authorized without requiring second user input to the mobile computing device additional to the first user input. | <br>Source: https://bevi.co/-dispensers/touchless-dispensing/ |

Exhibit B to the Original Complaint.



Source: https://bevi.co/-dispensers/touchless-dispensing/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit B to the Original Complaint.

| | |
|---|---|
| [19.P]   The method   of claim   14, wherein scanning   the identifier comprises scanning   an optical code. | Company performs and/or induces others to perform a method of scanning the identifier that comprises scanning an optical code.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to facilitate product dispensing, the user with his phone scans the QR code ("optical code") displayed on the Bevi touchscreen.<br><br><br><br>Source: https://bevi.co/-dispensers/countertop--dispensers/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Exhibit B to the Original Complaint.

## 2. List of References

.

1. https://bevi.co/-dispensers/touchless-dispensing/, last accessed on 22 November, 2023.
2. https://bevi.co/-dispensers/countertop--dispensers/, last accessed on 22 November, 2023.
3. https://partners.bevi.co/hc/en-us/articles/360050977694-Bevi-Touchless-Dispensing-FAQ, last accessed on 22 November, 2023.
4. https://quench.com/how-to-enable-bevi-touchless-dispensing/, last accessed on 22 November, 2023.